John DeMaria
5220 Melvin Avenue
Tarzana, CA 91356

Leila Gharache
5715 Etiwanda Avenue #101
Tarzana, CA 91356

Todd J. Roberts
Law Offices of Todd J. Roberts
16601 Ventura Blvd. Fourth Floor
Encino, CA 91436

American Express
888 So. Figueroa St.
Los Angeles, CA 90017

Bank of America
P.O. BOX 60069
City Of Industry, CA 91716

Capital One
P.O. BOX 60024
City Of Industry, CA 91716

Chase
4915 Independence Pkwy
Tampa, FL 33634

Chase Card Services
P.O. BOX 15298
Wilmington, DE 19850-5298

Chase Home Finance
Payment Dept. OH4-7142
3415 Vision Drive
Columbus, OH 43219


citi bank
P.O. Box 790110
Saint Louis, MO 63179


David Hagan, Chapter 7 Trustee
6320 Canoga Avenue #1400
Woodland Hills, CA 91367


Discover Financial Services
P.O. BOX 3008
New Albany, OH 43054-3008


GMAC Auto Finance
P.O. Box 2182
Greeley, CO 80632


GMAC Auto Finance
Payment Processing Center
P.O. BOX 78252
Phoenix, AZ 85062


Green Tree Servicing
P.O. BOX 94710
Palatine, IL 60094


HSBC Bank
P.O. BOX 17037
Baltimore, MD 21297

```
Macy's
c/o FDS Bank
P.O. Box 23381
Venice, CA 90291


Metro Rep Comm Svc Inc.
P.O. BOX 1357
Corona, CA 92878


National City
POB 5570 LOC 01-71
Cleveland, OH 44101
```