# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: John DeMaria & Leila Gharache  
Street Address: 16601 Ventura Blvd. 4th Fl.  
Encino, CA 91436  
Filer's Telephone No.: 818.906.8000

Atty Name (if applicable): Todd J. Roberts  
CA Bar No. (if applicable): 181945  
Atty Fax No. (if applicable): 818.906.8099

In re: John DeMaria  
Leila Gharache

Case No.: 10-16936 GM

Chapter 7 XXX   11 ___   13 ___

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?   Yes XXX   No ___

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ___   B ___   C ___   D ___   E ___   F XXX   G ___   H ___   I ___   J ___

Statement of Social Security Number(s) ___    Statement of Financial Affairs ___

Statement of Intention ___    Other ___

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, John DeMaria & Leila Gharache, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: 10/7/2010

Debtor Signature  
John DeMaria

Co-Debtor Signature  
Leila Gharache

** FOR COURT USE ONLY **

*** SEE REVERSE SIDE ***

B-1008 Revised November 2003                                                                 B-1008

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **John DeMaria,**
        **Leila Gharache**

Debtors

Case No. __1:10-bk-16936__

Chapter __7__

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,000,000.00 | | |
| B - Personal Property | Yes | 3 | 62,506.62 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,374,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 92,640.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 6,981.54 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | 10,860.00 |
| Total Number of Sheets of ALL Schedules | | 16 | | | |
| Total Assets | | | 1,062,506.62 | | |
| Total Liabilities | | | | 1,466,640.00 | |

B6F (Official Form 6F) (12/07)

In re  **John DeMaria,**
       **Leila Gharache**
                                                                              Case No.  **1:10-bk-16936**
_____,
                              Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> American Express <br> 888 So. Figueroa St. <br> Los Angeles, CA 90017 | | C | 11/28/2006 <br> credit card | | | | 569.00 |
| Account No. <br><br> Bank of America <br> P.O. BOX 60069 <br> City Of Industry, CA 91716 | | C | 01/26/2002 <br> credit card | | | | 34,309.00 |
| Account No. <br><br> Capital One <br> P.O. BOX 60024 <br> City Of Industry, CA 91716 | | C | 02/26/2008 <br> credit card | | | | 19,356.00 |
| Account No. <br><br> Chase <br> 4915 Independence Pkwy <br> Tampa, FL 33634 | | C | 08/01/1989 <br> credit card | | | | 1,137.00 |
| **2** continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | 55,371.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  John DeMaria,
       Leila Gharache
       _____,
                    Debtors

Case No. __1:10-bk-16936__

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Chase<br>4915 Independence Pkwy<br>Tampa, FL 33634 | | C | 01/30/2009<br>credit card | | | | 3,098.00 |
| Account No.<br><br>Chase Card Services<br>P.O. BOX 15298<br>Wilmington, DE 19850-5298 | | C | 05/19/2006<br>credit card | | | | 5,693.00 |
| Account No.<br><br>citi bank<br>P.O. Box 790110<br>Saint Louis, MO 63179 | | C | 12/05/2002<br>credit card | | | | 854.00 |
| Account No.<br><br>Discover Financial Services<br>P.O. BOX 3008<br>New Albany, OH 43054-3008 | | C | 07/11/2008<br>credit card | | | | 230.00 |
| Account No.<br><br>Discover Financial Services<br>P.O. BOX 3008<br>New Albany, OH 43054-3008 | | C | 07/11/2008<br>credit card | | | | 545.00 |

Sheet no. __1__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    10,420.00

In re  John DeMaria,
       Leila Gharache

Case No. __1:10-bk-16936__

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>HSBC Bank<br>P.O. BOX 17037<br>Baltimore, MD 21297 | | C | 07/10/2008<br>credit card | | | | 20,389.00 |
| Account No.<br><br>Macy's<br>c/o FDS Bank<br>P.O. Box 23381<br>Venice, CA 90291 | | C | 11/27/1998<br>revolving charge account | | | | 1,393.00 |
| Account No. 5020-460000489364<br><br>Metro Rep Comm Svc Inc.<br>P.O. BOX 1357<br>Corona, CA 92878 | | C | 12/12/2005<br>collection agency | | | | 827.00 |
| Account No.<br><br>National City<br>POB 5570 LOC 01-71<br>Cleveland, OH 44101 | | C | 09/17/2008<br>credit card | | | | 3,538.00 |
| Account No. FA0004534020<br><br>Providence Tarzana Medical Center<br>P.O. box 60918<br>Los Angeles, CA 90060 | | C | 12/5/2009<br>Medical Services | | | | 702.00 |
| Sheet no. _2_ of _2_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal<br>(Total of this page) | | | | 26,849.00 |
| | | | Total<br>(Report on Summary of Schedules) | | | | 92,640.00 |

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: 10/7/2010

Livier Mejia
Print or Type Name

Signature

(SEE ATTACHED MAILING LIST.)

B-1008 *Revised November 2003*

John DeMaria
5220 Melvin Avenue
Tarzana, CA 91356


Leila Gharache
5715 Etiwanda Avenue #101
Tarzana, CA 91356


Todd J. Roberts
Law Offices of Todd J. Roberts
16601 Ventura Blvd. Fourth Floor
Encino, CA 91436


American Express
888 So. Figueroa St.
Los Angeles, CA 90017


Bank of America
P.O. BOX 60069
City Of Industry, CA 91716


Capital One
P.O. BOX 60024
City Of Industry, CA 91716


Chase
4915 Independence Pkwy
Tampa, FL 33634


Chase Card Services
P.O. BOX 15298
Wilmington, DE 19850-5298

Chase Home Finance
Payment Dept. OH4-7142
3415 Vision Drive
Columbus, OH 43219


citi bank
P.O. Box 790110
Saint Louis, MO 63179


David Hagan, Chapter 7 Trustee
6320 Canoga Avenue #1400
Woodland Hills, CA 91367


Discover Financial Services
P.O. BOX 3008
New Albany, OH 43054-3008


GMAC Auto Finance
P.O. Box 2182
Greeley, CO 80632


GMAC Auto Finance
Payment Processing Center
P.O. BOX 78252
Phoenix, AZ 85062


Green Tree Servicing
P.O. BOX 94710
Palatine, IL 60094


HSBC Bank
P.O. BOX 17037
Baltimore, MD 21297

Macy's
c/o FDS Bank
P.O. Box 23381
Venice, CA 90291


Metro Rep Comm Svc Inc.
P.O. BOX 1357
Corona, CA 92878


National City
POB 5570 LOC 01-71
Cleveland, OH 44101


Providence Tarzana Medical Center
P.O. box 60918
Los Angeles, CA 90060